Date: Apr 23, 2025

Clerk of Court
United States District Court
801 N. Florida Ave.
Tampa, FL 33602

Re: Filing of New Civil Complaint Pro Se

Dear Clerk of Court:

I would like to file the enclosed complaint and accompanying documents in this Court. Please find enclosed:

1. Complaint
2. Application for Temporary Restraining Order
3. Declaration
4. Civil Cover Sheet
5. Summons
6. Check for $405 to "Clerk, U.S. District Court"

I would appreciate it if you would please mail any correspondence to:


If you need any additional information, please contact me at satyajith92@gmail.com & (336) 405-4958.

Thank you,

B. Satyajith

Satyajith Bommana Boyana

APR 23 2025 AM10:18
FILED - USDC - FLMD - TPA